# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Ramiro GARCIA Limon,<br><br>                Defendant. | Case No.: '22 MJ1031<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about March 24, 2022, within the Southern District of California, Ramiro GARCIA Limon did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                              _____
                                              Special Agent Robin Tannehill
                                              Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th of March 2022.

                                              _____
                                              HON. MICHAEL S. BERG
                                              U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On March 24, 2022, at approximately 4:49 AM, Ramiro GARCIA Limon, ("GARCIA"), a United States citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry in vehicle lane #8. GARCIA was the driver, sole occupant, and registered owner of a 2006 Chevrolet Silverado ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the driver side headlight of the vehicle. The officer lifted the hood and pried open the fill cap on the battery. The officer observed the fill cap appeared to have been glued down and the fill holes were blocked.

A Customs and Border Protection Officer received two negative Customs declarations from GARCIA. GARCIA stated he was crossing the border to go to Chula Vista, California.

Further inspection of the vehicle resulted in the discovery of 2 packages concealed in the battery of the vehicle, with a total approximate weight of 2.16 kgs (4.76 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

GARCIA was placed under arrest at approximately 7:20 AM.

1

During a post-Miranda interview, GARCIA denied knowledge that the narcotics were in the vehicle. GARCIA stated he was asked by a man in Mexico to bring the battery across the border for $300. GARCIA stated the man was going to call him after he crossed the border and tell him where to drop off the battery. GARCIA stated he did not know what was inside of the battery.

GARCIA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.